# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN L. WILLIAMS,
Petitioner,
vs.
THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING; AND THE HONORABLE
JIM C. SHIRLEY, DISTRICT JUDGE,
Respondents.

No. 71528

FILED

DEC 09 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a pro se petition for a writ of mandamus. Cause appearing, petitioner's motion for a voluntary dismissal of this petition is granted. The petition is dismissed. NRAP 42(b).

It is so ORDERED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:  Hon. Jim C. Shirley, District Judge
     John L. Williams
     Attorney General/Carson City
     Pershing County Clerk

16-38254